359 A.2d 925
COMMONWEALTH
v.
JEFFERSON, Appellant.

Submitted November 17, 1975. Simon B. John, Assistant Public Defender, for appellant; William A. Tantlinger, Assistant District Attorney, and Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 657
COMMONWEALTH
v.
JOHNSON, Appellant.

Submitted February 23, 1976. Basil G. Russin, Assistant Public Defender, and James M. Reinert, Public Defender, for appellant; William R. Keller, Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.